**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03198-GPG

CLARENCE KING,

    Applicant,

v.

MICHAEL MILLER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion for More Definite Statement" that Applicant filed on December 19, 2014 (ECF No. 9), asking the Court to direct Respondents to furnish a more definite statement of the Pre-Answer Response. Respondents' Pre-Answer Response addresses the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A) as the Court ordered Respondents to do.  (*See* ECF No. 4).  Thus, Applicant's Motion is DENIED.

    Applicant was afforded twenty-one (21) days from the filing of the pre-answer response (ECF No. 8) on December 12, 2014, in which to file a reply, if he wanted.  He has not done so within the time allowed.  To the extent Applicant is requesting an extension of time to file a reply, the Court grants his request as follows: Applicant shall have **twenty-one (21) from the date of this Minute Order** to file a reply to Respondents' Pre-Answer Response.

Dated:  January 14, 2015